**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

**DEC 1 7 2025**

CHRISTOPHER A. PRINE
CLERK

Tuesday, December 2, 2025

Chedda Maddy
c/o Canyon Creek Behavioral Health
1201 Canyon Creek Drive
Temple, TX 76502

RE:     Court of Appeals Number:     15-25-00196-CV
        Trial Court Case Number:      25CMI00789

Style:  In re The Committment of Chedda Maddy

The clerk's record was filed in this Court on November 14, 2025. On November 3, 2025, the court reporter filed notice that no reporter's record had been requested by Appellant. Appellant was instructed to file a status report regarding the reporter's record on or before November 14, 2025, or the Court would consider the appeal without the reporter's record. As of this date, Appellant has not filed a response. Accordingly, Appellant's brief is due on or before **December 22, 2025**.

Sincerely,

Christopher A. Prine, Clerk

cc:     Christopher Wohleb (DELIVERED VIA E-MAIL)



**Fifteenth Court of Appeals - 235**
P.O. Box 12852
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS AUTO LETTER





US POSTAGE
ZIP 78701 $ 000
02 7W
0008034838 DEC

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 17 2025

CHRISTOPHER A. PRINE
CLERK

RETURN TO SENDER
not here

RE: 15-25-00196-CV
Chedda Maddy
c/o Canyon Creek Behavioral Health
1201 Canyon Creek Drive

NIXIE        787   DC 1        0012/15/
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 78711285252     *0893-02157-15

ANK